UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION     14-MD-2543

*This Document Relates To:*                                                     ORDER
*Yagman v. General Motors Company et al. 14-CV-9058*

-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      Mr. Yagman's sixth motion for remand is DENIED, substantially for the same reasons that the Court denied his prior motions, *see* ECF No. 259 (denying remand request as premature); ECF No. 263 (same); ECF No. 270 (same); ECF No. 274 (same); ECF No. 287 (same); ECF No. 314 (same); *see also* ECF Nos. 264, 271, 281, 288, and for the additional reasons substantially stated in New GM's opposition.[1]  Most importantly, Mr. Yagman remains subject to Order Nos. 29 and 50, which allow a plaintiff to independently pursue economic loss claims only if no class is certified or if the plaintiff opts out of a certified class.  *See* 14-MD-2543, ECF No. 875, at 1-2.  Because the Court has neither certified nor refused to certify a class, Mr. Yagman's motion to remand is — and remains — premature.

      The Clerk of Court is directed to terminate 14-CV-9058, ECF No. 314.

      SO ORDERED.

Dated: July 20, 2020
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge

---

[1]    All references are to 14-CV-9058 unless otherwise noted.