UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

IN RE:

14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*                                    <u>ORDER</u>
*Yagman v. General Motors Corp., 14-CV-9058*

-------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      The Court has received an email from Mr. Yagman, attached hereto as Exhibit A. Although the email is a violation of the Court's Rules regarding communications (which require submissions of this sort to be filed as letters on ECF and, more generally, which prohibit direct communications by *pro se* litigants such as Mr. Yagman) and is patently inappropriate, the Court will treat it as a motion to terminate ECF notifications. That motion is GRANTED. Although the Court would be on firm ground sanctioning Mr. Yagman for his inappropriate communication — particularly given his history of inappropriate filings in this and other cases, *see, e.g.*, *Yagman v. Gen. Motors Co.* (*In re Gen. Motors LLC Ignition Switch Litig.*), Nos. 14-MD-2543 (JMF) et al., 2021 WL 1566053, at *4 n.3 (S.D.N.Y. Apr. 20, 2021) (14-CV-9058, ECF No. 348) — it will refrain from doing so.

      The Clerk of Court is directed to terminate ECF notifications to Mr. Yagman for both 14-MD-2543 and 14-CV-9058.

      SO ORDERED.

Dated: July 2, 2021
     New York, New York

                              JESSE M. FURMAN
                        United States District Judge

# EXHIBIT A

| From: | Info Information |
| To: | Furman NYSD Chambers |
| Subject: | Fw: Activity in Case 1:14-md-02543-JMF In re: General Motors LLC Ignition Switch Litigation Notice of Voluntary Dismissal - Signed |
| Date: | Wednesday, June 30, 2021 3:52:59 PM |

**CAUTION - EXTERNAL:**

**From:** Info Information <Filing@yagmanlaw.net>
**Sent:** Wednesday, June 30, 2021 12:27 PM
**To:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Subject:** Re: Activity in Case 1:14-md-02543-JMF In re: General Motors LLC Ignition Switch Litigation Notice of Voluntary Dismissal - Signed

Please stop sending me these notices.  I am sure you are happy that I'm out of your hair, and now I would like to have you out of mine.  Thanks.

Stephen Yagman

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Wednesday, June 30, 2021 12:17 PM
**To:** CourtMail@nysd.uscourts.gov <CourtMail@nysd.uscourts.gov>
**Subject:** Activity in Case 1:14-md-02543-JMF In re: General Motors LLC Ignition Switch Litigation Notice of Voluntary Dismissal - Signed

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
**U.S. District Court**
**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 6/30/2021 at 3:17 PM EDT and filed on 6/30/2021
**Case Name:**        In re: General Motors LLC Ignition Switch Litigation
**Case Number:**     1:14-md-02543-JMF
**Filer:**
**Document Number:** 8557
**Docket Text:**
ORDER OF DISMISSAL: On January 29, 2021, Pamela A. Edwards, the sole

plaintiff in Edwards v. General Motors, LLC, voluntarily dismissed her claims pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. See 15-CV-5959, ECF No. 196. On March 17, 2021, Carson Wayne Wright, the sole plaintiff in Wright v. General Motors, LLC, voluntarily dismissed his claims pursuant to Rule 41(a)(1)(A)(ii). See 19-CV-6757, ECF No. 42. On April 9, 2021, Melody Anderson-Ghan, the sole plaintiff in Anderson-Ghan v. General Motors, LLC, dismissed her claims pursuant to Rule 41(a)(1)(A)(ii). See 19-CV-7429, ECF No. 39. Although all claims in each of these cases have been dismissed, each case erroneously remains open. Accordingly, the Clerk of Court is directed to close the following member cases: Anderson-Ghan v. General Motors, LLC, 19-CV-7429 Edwards v. General Motors, LLC, 15-CV-5959 Wright v. General Motors, LLC, 19-CV-6757. So Ordered. (Signed by Judge Jesse M. Furman on 6/30/2021) Filed In Associated Cases: 1:14-md-02543-JMF, 1:15-cv-05959-JMF, 1:19-cv-06757-JMF, 1:19-cv-07429-JMF (js)

**Case Name:** Edwards v. General Motors, LLC

**Case Number:** 1:15-cv-05959-JMF

**Filer:**

**Document Number:** 199

**Docket Text:**

ORDER OF DISMISSAL: On January 29, 2021, Pamela A. Edwards, the sole plaintiff in Edwards v. General Motors, LLC, voluntarily dismissed her claims pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. See 15-CV-5959, ECF No. 196. On March 17, 2021, Carson Wayne Wright, the sole plaintiff in Wright v. General Motors, LLC, voluntarily dismissed his claims pursuant to Rule 41(a)(1)(A)(ii). See 19-CV-6757, ECF No. 42. On April 9, 2021, Melody Anderson-Ghan, the sole plaintiff in Anderson-Ghan v. General Motors, LLC, dismissed her claims pursuant to Rule 41(a)(1)(A)(ii). See 19-CV-7429, ECF No. 39. Although all claims in each of these cases have been dismissed, each case erroneously remains open. Accordingly, the Clerk of Court is directed to close the following member cases: Anderson-Ghan v. General Motors, LLC, 19-CV-7429 Edwards v. General Motors, LLC, 15-CV-5959 Wright v. General Motors, LLC, 19-CV-6757. So Ordered. (Signed by Judge Jesse M. Furman on 6/30/2021) Filed In Associated Cases: 1:14-md-02543-JMF, 1:15-cv-05959-JMF, 1:19-cv-06757-JMF, 1:19-cv-07429-JMF (js)

**Case Name:** Wright v. General Motors, LLC

**Case Number:** 1:19-cv-06757-JMF

**Filer:**

**Document Number:** 44

**Docket Text:**

ORDER OF DISMISSAL: On January 29, 2021, Pamela A. Edwards, the sole plaintiff in Edwards v. General Motors, LLC, voluntarily dismissed her claims pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. See 15-CV-5959, ECF No. 196. On March 17, 2021, Carson Wayne Wright, the sole plaintiff in Wright v. General Motors, LLC, voluntarily dismissed his claims pursuant to Rule 41(a)(1)(A)(ii). See 19-CV-6757, ECF No. 42. On April 9, 2021, Melody Anderson-Ghan, the sole plaintiff in Anderson-Ghan v. General Motors, LLC, dismissed her claims pursuant to Rule 41(a)(1)(A)(ii). See 19-CV-7429, ECF

**No. 39. Although all claims in each of these cases have been dismissed, each case erroneously remains open. Accordingly, the Clerk of Court is directed to close the following member cases: Anderson-Ghan v. General Motors, LLC, 19-CV-7429 Edwards v. General Motors, LLC, 15-CV-5959 Wright v. General Motors, LLC, 19-CV-6757. So Ordered. (Signed by Judge Jesse M. Furman on 6/30/2021) Filed In Associated Cases: 1:14-md-02543-JMF, 1:15-cv-05959-JMF, 1:19-cv-06757-JMF, 1:19-cv-07429-JMF (js)**

**Case Name:**        Anderson-Ghan v. General Motors, LLC
**Case Number:**      1:19-cv-07429-JMF
**Filer:**
**Document Number:** 41
**Docket Text:**
**ORDER OF DISMISSAL: On January 29, 2021, Pamela A. Edwards, the sole plaintiff in Edwards v. General Motors, LLC, voluntarily dismissed her claims pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. See 15-CV-5959, ECF No. 196. On March 17, 2021, Carson Wayne Wright, the sole plaintiff in Wright v. General Motors, LLC, voluntarily dismissed his claims pursuant to Rule 41(a)(1)(A)(ii). See 19-CV-6757, ECF No. 42. On April 9, 2021, Melody Anderson-Ghan, the sole plaintiff in Anderson-Ghan v. General Motors, LLC, dismissed her claims pursuant to Rule 41(a)(1)(A)(ii). See 19-CV-7429, ECF No. 39. Although all claims in each of these cases have been dismissed, each case erroneously remains open. Accordingly, the Clerk of Court is directed to close the following member cases: Anderson-Ghan v. General Motors, LLC, 19-CV-7429 Edwards v. General Motors, LLC, 15-CV-5959 Wright v. General Motors, LLC, 19-CV-6757. So Ordered. (Signed by Judge Jesse M. Furman on 6/30/2021) Filed In Associated Cases: 1:14-md-02543-JMF, 1:15-cv-05959-JMF, 1:19-cv-06757-JMF, 1:19-cv-07429-JMF (js)**

**1:14-md-02543-JMF Notice has been electronically mailed to:**

Clay J. Pierce     clay.pierce@faegredrinker.com, brenda.diaz@dbr.com

Michael Dennis Donovan     mdonovan@donovanlitigationgroup.com, ckoerner@donovanlitigationgroup.com

Lester L. Levy, Sr     llevy@wolfpopper.com, cdunleavy@wolfpopper.com

Tracey Kitzman     tkitzman@flgllp.com

Andrea B. Bierstein     abierstein@simmonsfirm.com, jlucena@simmonsfirm.com

Jay Douglas Dean     jddean@axelroddean.com

Scott Ian Davidson     sdavidson@kslaw.com, jcmccullough@kslaw.com

Arthur Jay Steinberg     asteinberg@kslaw.com, jcmccullough@kslaw.com, sdavidson@kslaw.com

Michele Fried Raphael     MRaphael@wolfpopper.com

Jodi Westbrook Flowers     Jflowers@motleyrice.com, MRECF@motleyrice.com

Robert J Axelrod     rjaxelrod@axelrodllp.com

Tai Hyun Park     tai.park@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com

Alexander H. Schmidt     alex@alexschmidt.law

Peter Carmine D'Apice     petedapice@hotmail.com, dapice@sbep-law.com

Jeffrey Craig Block     jeff@blockesq.com, jason@blockesq.com, pacer-blockleviton-9062@ecf.pacerpro.com

Doris Rios Duffy     doris.riosduffy@aig.com

Michael A. Gould     mgould@ktglaw.com

Robert N. Kaplan     rkaplan@kaplanfox.com

Gary B. Friedman (Terminated)     gfriedman@flgllp.com, garybfriedman@att.net

Agostinho J. Ribeiro     aribeiro@vrslaw.com, kfitzpatrick@vrslaw.com, ksilver@vrslaw.com

Betsy C. Manifold     manifold@whafh.com

Ilana Volkov     ivolkov@mcgrailbensinger.com

James F. Martin (Terminated)     jmartin@thomasjhenrylaw.com

Laurence David King     lking@kaplanfox.com, jgriffin@kaplanfox.com, nlee@kaplanfox.com, spowley@kaplanfox.com

Kenneth A. Votre     votrelaw@votreandassociates.com, votrelawfederal@gmail.com

Craig Richard Oliver     oliver@palmerlaw.com, bpardue@palmerlaw.com, clippert@palmerlaw.com

Terence Eugene McCartney     tmccartney@mc-stlaw.com, cdaniel@mc-stlaw.com, mfennelly@mc-stlaw.com

Curtis B. Miner     curt@colson.com, claudiav@colson.com, michelle@colson.com

Steve W. Berman (Terminated)     steve@hbsslaw.com, carrie@hbsslaw.com, heatherw@hbsslaw.com, nicolleg@hbsslaw.com, robert@hbsslaw.com, shelbyt@hbsslaw.com

Marc M. Seltzer     mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com

Behram Viraf Parekh     bvp@kirtlandpackard.com, mfc@kirtlandpackard.com

Robert A. Clifford     rac@cliffordlaw.com

John McNeill Broaddus     jbroaddus@weitzlux.com

Malcolm Todd Brown     brown@whafh.com

Elizabeth J. Cabraser     ecabraser@lchb.com

E. Powell Miller     epm@millerlawpc.com

Rachel Geman     rgeman@lchb.com, jtarpeh@lchb.com, lheiman@lchb.com,
ranthony@lchb.com

Tami Scarola Stark     tami.stark@whitecase.com, jdisanti@whitecase.com,
mco@whitecase.com

Sean R. Matt     sean@hbsslaw.com, gregalbert@hbsslaw.com

Robert Bruce Carey     rob@hbsslaw.com, ecfphx@hbsslaw.com

Cathleen M. Combs     ccombs@edcombs.com, courtecl@edcombs.com,
jstudtmann@edcombs.com

Daniel A. Edelman     courtecl@edcombs.com, dedelman@edcombs.com

Daniel E. Becnel, Jr     mmoreland@becnellaw.com

Archie Cleveland Lamb     alamb@archielamb.com

Mitchell A. Toups (Terminated)     matoups@wgttlaw.com, jgordon@wgttlaw.com

Sean Christopher Southard     ssouthard@klestadt.com

John R. Climaco     jrclim@climacolaw.com

Jonathan D. Selbin     jselbin@lchb.com

Richard Cartier Godfrey     rgodfrey@kirkland.com, kenymanagingclerk@kirkland.com

Lance August Harke     lharke@harkeclasby.com, diturria@harkeclasby.com

Sherrie Raiken Savett     ssavett@bm.net, ecf@bm.net

Eugene D. Zinbarg     zinbarglaw@aol.com

James R. Figliulo     jfigliulo@fslegal.com

Steve D. Shadowen (Terminated)     steve@hilliardshadowenlaw.com,

chelsey@hmglawfirm.com, jgaros@hilliardshadowenlaw.com

James Franklin Sanders    jsanders@nealharwell.com, mkintner@nealharwell.com

Steven Gerald Sklaver    ssklaver@susmangodfrey.com, bcorcoran@susmangodfrey.com,
ecf-d2dbeeed8fe0@ecf.pacerpro.com, gregory-wise-3486@ecf.pacerpro.com,
gwise@susmangodfrey.com

Daniel Charles Girard    dgirard@girardsharp.com, 5804895420@filings.docketbird.com,
avongoetz@girardsharp.com, jcook@girardsharp.com

Robert Geoffrey Germany    rgg@pgrwlaw.com

Richard Warren Hunnicutt, III    richard@leibowitzconsumerlaw.com

Eric T. Chaffin    chaffin@chaffinluhana.com, cohn@chaffinluhana.com,
culbertson@chaffinluhana.com, falk@chaffinluhana.com, luhana@chaffinluhana.com

Gregory Mark Nespole    gnespole@zlk.com, ecf@zlk.com

R. Chris Heck    rcheck@kirkland.com

Arthur Henry Thorn    arthur.thorn@tglawyers.com, karin.carvill@tglawyers.com,
katelin.desilva@tglawyers.com

Shawn Preston Ricardo    pricardo@golenbock.com, courtnotifications@golenbock.com

Matthew H. McNamara    matt.mcnamara@tglawyers.com

Brett H Cebulash    bcebulash@tcllaw.com

Wendy L. Bloom    wendy.bloom@kirkland.com

Anne Kristin Fornecker (Terminated)    anne@hilliardshadowenlaw.com,
justin@hilliardshadowenlaw.com

Kevin Sylvan Landau    klandau@tcllaw.com

Gary Stuart Fish    garysfishesq@aol.com

Dianne M. Nast (Terminated)    dnast@nastlaw.com

Jonathan Laurence Flaxer    jflaxer@golenbock.com, courtnotifications@golenbock.com

Joseph H. Meltzer    jmeltzer@ktmc.com, 1472664420@filings.docketbird.com,
jwotring@ktmc.com, kmarrone@ktmc.com, pleadings@ktmc.com, tziegler@ktmc.com

Cory Steven Fein    cory@coryfeinlaw.com, coryfein@yahoo.com

Daniel N. Gallucci    dgallucci@nastlaw.com

Don Barrett     dbarrett@barrettlawgroup.com, ptaylor@barrettlawgroup.com

Peter A Muhic     pmuhic@levanmuhic.com

John Douglas Richards     drichards@cohenmilstein.com, efilings@cohenmilstein.com

Kevin R. Dean     kdean@motleyrice.com, kwaites@motleyrice.com,
psmith@motleyrice.com, vtalamantes@motleyrice.com

W. Mark Lanier     audrey.moore@lanierlawfirm.com, jan.manning@lanierlawfirm.com

Douglas Robert Plymale     dplymale@dugan-lawfirm.com

Annika Kirsten Martin     akmartin@lchb.com, ecf-234c037d7e86@ecf.pacerpro.com

James R. Dugan, II (Terminated)     jdugan@dugan-lawfirm.com, bonnie@dugan-
lawfirm.com, dplymale@dugan-lawfirm.com, dscalia@dugan-lawfirm.com

Gene T. Moore     gtmlaw@bellsouth.net

Justin Ross Kaufman     jkaufman@heardrobins.com

Roopal Premchand Luhana     luhana@chaffinluhana.com, joseph@chaffinluhana.com

Edward W. Ciolko     eciolko@ktmc.com, kmarrone@ktmc.com, pleadings@ktmc.com

Eric H. Gibbs     ehg@classlawgroup.com, 1031352420@filings.docketbird.com

William P Weintraub     wweintraub@goodwinprocter.com

Mark K. Gyandoh     markg@capozziadler.com, lindag@capozziadler.com

Wilson Daniel Miles, III     dee.miles@beasleyallen.com, ashley.pugh@beasleyallen.com,
michelle.fulmer@beasleyallen.com

Brendan Michael Scott     bscott@klestadt.com

John Scarola     _scarolateam@searcylaw.com, ajc@searcylaw.com

Howard Supplee Steel, IV     HSteel@goodwinlaw.com, sdangelmajer@brownrudnick.com

Brian Douglas Sieve     bsieve@kirkland.com, kenymanagingclerk@kirkland.com

Daniel E. Gustafson     dgustafson@gustafsongluek.com

Christopher William Keegan     chris.keegan@kirkland.com, alevin@kirkland.com,
jessie.james@kirkland.com

Harley Shepard Tropin     hst@kttlaw.com, sf@kttlaw.com

David M. Buckner     dbu@grossmanroth.com, imp@grossmanroth.com, mvm@grossmanroth.com

Adam Matthew Moskowitz     adam@moskowitz-law.com, alex@moskowitz-law.com, dione@moskowitz-law.com

Michael Robert Huttenlocher, Jr     MHuttenlocher@mwe.com, NewYorkDocketing@mwe.com

Philip J. Goodman     pgoodman@chadbourne.com

Scott H. Levy     slevy@flgllp.com

Eugene A. Schoon     gschoon@reiterburns.com

Randall Wade Jackson     maosdny@willkie.com, rjackson@willkie.com

Dallas L. Albaugh     dalbaugh@golenbock.com

William Harold Anderson     wanderson@hajustice.com

Eamon Paul Joyce     ejoyce@sidley.com, eamon-joyce-7103@ecf.pacerpro.com, nyefiling@sidley.com

Lisa Verna Lecointe     llecointe@kirkland.com, kenymanagingclerk@kirkland.com

Thomas A. Tucker Ronzetti     tr@kttlaw.com, mia@kttlaw.com

Geoffrey Alan David     geoffrey.david@kirkland.com, geoffrey-david-5020@ecf.pacerpro.com, kenymanagingclerk@kirkland.com

Gregory Warren Fox     gfox@goodwinprocter.com

Joseph G. Sauder     jgs@chimicles.com, klw@chimicles.com

Benjamin F. Johns     bfj@chimicles.com, klw@chimicles.com

Paul David Collier     pcollier@kirkland.com

Joseph F. Rice     jrice@motleyrice.com

Robert C. Brock     rcb@rsjg.com

Marsha Jessica Indych     marsha.indych@faegredrinker.com, brenda.diaz@faegredrinker.com

Andrew M. Volk     andrew@hbsslaw.com, dawn@hbsslaw.com, tyler@hbsslaw.com

Norman E. Siegel     siegel@stuevesiegel.com, perez@stuevesiegel.com

Eric Lechtzin     elechtzin@edelson-law.com

Zachary Logan Wool    zwool@bkc-law.com

Stephen B. Devereaux    sdevereaux@kslaw.com

Frank Mario Pitre    fpitre@cpmlegal.com, jfieber@cpmlegal.com, jgordon@cpmlegal.com, lromero@cpmlegal.com, mbrown@cpmlegal.com, mdominguez@cpmlegal.com, nlotfi@cpmlegal.com, oniszeto@cpmlegal.com, rhutchinson@cpmlegal.com, tstevens@cpmlegal.com

Dennis R. Lansdowne    drl@spanglaw.com, lm@spanglaw.com, sneumann@spanglaw.com

Frank Chadwick Morriss    rgd@rsjg.com

Thomas Christopher Pinedo    cpinedo@cpinedolaw.com

Nicholas Styant-Browne    nick@hbsslaw.com

Randall Keith Pulliam    rpulliam@cbplaw.com

Matthew D. Schelkopf    ams@mccunewright.com, jkk@mccunewright.com

Stephanie D. Jones    sjones@hdp.com

Jonathan Shub    ecf@shublawyers.com, 8112194420@filings.docketbird.com

Jeffrey Sinek    jeff.sinek@kirkland.com

Kalpana Srinivasan    ksrinivasan@susmangodfrey.com, ecf-28e56f2d9a69@ecf.pacerpro.com, gfisk@susmangodfrey.com, greg-fisk-8459@ecf.pacerpro.com

Jonathan C. Bunge    jonathanbunge@quinnemanuel.com

Andrew Baker Bloomer    andrew.bloomer@kirkland.com, alec.klimowicz@kirkland.com, doreilly@kirkland.com, elizabeth.perkins@kirkland.com, kenymanagaingclerk@kirkland.com, olivia.bartell@kirkland.com, rmendes@kirkland.com

Donald Alan Migliori    dmigliori@motleyrice.com, kdotson@motleyrice.com

William R. Baldiga    wbaldiga@brownrudnick.com, cennis@brownrudnick.com

Melanie L. Cyganowski    mcyganowski@oshr.com, awilliams@oshr.com

David Paul Matthews    dmatthews@thematthewslawfirm.com, cmulholland@thematthewslawfirm.com, mchavez@thematthewslawfirm.com, mchavez2@dmlawfirm.com, mvillarreal@thematthewslawfirm.com, nbertrand@thematthewslawfirm.com, welsey@thematthewslawfirm.com

Charles Joseph LaDuca    charlesl@cuneolaw.com, dgorlov@cuneolaw.com, ecf@cuneolaw.com

Andrew Preston Strehle     astrehle@brownrudnick.com

Mark W. Skanes     mskanes@rosewaldorf.com, mkelly@rosewaldorf.com

Sean Ashley Commons     scommons@sidley.com, cvespinoza@sidley.com,
efilingnotice@sidley.com, laefilingnotice@sidley.com, sean-commons-
1061@ecf.pacerpro.com

Douglas Gregory Blankinship     gblankinship@fbfglaw.com

Brian K. Herrington     bherrington@nationalclasslawyers.com,
bthornton@nationalclasslawyers.com

Kristin K. Going     kgoing@mwe.com, Daniel.Northrop@dbr.com, Dnorthrop@mwe.com

Michael Francis Ram     mram@rocklawcal.com, awilliams@rocklawcal.com

Linda M Fong     lfong@kaplanfox.com

Michael P. Cooney     mcooney@dykema.com

Jason Louis Lichtman     jlichtman@lchb.com

Renee Deborah Smith     rdsmith@kirkland.com

David L. Balser     dbalser@kslaw.com, jcmccullough@kslaw.com, kgenne@kslaw.com

Robert Ahdoot     rahdoot@ahdootwolfson.com, 3559819420@filings.docketbird.com,
bking@ahdootwolfson.com, filings@ahdootwolfson.com, tmaya@ahdootwolfson.com

Tina Wolfson     twolfson@ahdootwolfson.com, 1946088420@filings.docketbird.com,
bking@ahdootwolfson.com, filings@ahdootwolfson.com, pmarc@ahdootwolfson.com,
rahdoot@ahdootwolfson.com, tmaya@ahdootwolfson.com

Bradley K. King     bking@ahdootwolfson.com, 1946088420@filings.docketbird.com,
filings@ahdootwolfson.com, rahdoot@ahdootwolfson.com, twolfson@ahdootwolfson.com

Mark Howard Hatch-Miller     mhatch-miller@susmangodfrey.com, ecf-
a3130ff482e3@ecf.pacerpro.com, ehenke@susmangodfrey.com, evan-henke-
0583@ecf.pacerpro.com

Francis Joseph Flynn, Jr     casey@jefflowepc.com

Tiffany M. Yiatras     tiffany@consumerprotectionlegal.com

Shanon Jude Carson     scarson@bm.net, ECF@bm.net, emagnus@bm.net

Victor J. Mastromarco, Jr     kkelly615@gmail.com, marylynnmcphail@yahoo.com

Alyson Louise Oliver     notifications@oliverlg.com

Joanne E Matusko     jmatusko@nastlaw.com

Mark P. Robinson, Jr     mrobinson@rcrlaw.net

Rolf T. Fiebiger     rfiebiger@johnsonbecker.com, jyang@johnsonbecker.com,
lsmith@johnsonbecker.com, ogardiner@johnsonbecker.com, sdesai@johnsonbecker.com

Mark P Robinson, Jr     mrobinson@rcrlaw.net

Jasper D. Ward, IV     jasper@jonesward.com

Travis Edward Venable     travis@marynellmaloneylawfirm.com

Stephanie Anne Casey     scasey@colson.com

Scott M Grzenczyk     scottg@girardsharp.com, 7488696420@filings.docketbird.com,
avongoetz@girardsharp.com

David K, Stein     ds@girardgibbs.com

Rodney E. Loomer     rloomer@trdlp.com

Sherry A. Rozell     srozell@trdlp.com

David Stein     ds@classlawgroup.com, 7316370420@filings.docketbird.com

Miles Greaves     mgreaves@tcllaw.com

David A McLaughlin     dmclaughlin@forthepeople.com

Daniel Stewart Robinson (Terminated)     drobinson@rcrsd.com,
bzwirner@robinsonfirm.com, jrogers@robinsonfirm.com, molson@robinsonfirm.com

William D. Nefzger     will@bccnlaw.com

Mark Alan Junell     mjunell@potts-law.com

Rosalind Bell Bienvenu     rbienvenu@paulweiss.com

Justin Benjamin Farar     jfarar@kaplanfox.com

Steven M. Shepard     sshepard@susmangodfrey.com, ecf-05deff9001d2@ecf.pacerpro.com,
esullivan-vasquez@susmangodfrey.com

Matthew B. Moreland     mattmoreland@cox.net

Daniel N. Gallucci     dgallucci@nastlaw.com

Craig E. Hilborn     Craig@hilbornlaw.com

Sudarsana Srinivasan     dsrinivasan@lchb.com

Marisa C. Livesay     livesay@whafh.com

Alex Rafael Straus     astraus@milberg.com, cbryant@milberg.com, sheldman@milberg.com

Kassem M. Dakhlallah     kd@atlawgroup.com

James Jackson Bilsborrow     jbilsborrow@seegerweiss.com, khowell@weitzlux.com

Robin Greenwald     rgreenwald@weitzlux.com, cdalbey@weitzlux.com,
lgonzalez@weitzlux.com, mleonard@weitzlux.com, nthomas@weitzlux.com

Edward Pierce Abbot     eabbot@hpylaw.com

R. Dean Gresham     dean@paynemitchell.com

Phong-Chau Gia Nguyen     pgnguyen@lchb.com

Kevin Reid Budner     kbudner@lchb.com

Beth Ellen Terrell     bterrell@terrellmarshall.com, docketrequests@terrellmarshall.com,
filing@terrellmarshall.com, hbrown@terrellmarshall.com, hrota@terrellmarshall.com,
jnuss@terrellmarshall.com, tstewart@terrellmarshall.com

Cassandra P. Miller     cmiller@edcombs.com, adavid@edcombs.com,
rcoateswelsh@edcombs.com

Michael T. Navigato     mnavigato@bknlaw.com

William F. Bochte     wbochte@bknlaw.com

Theodore L. Kuzniar     tkuzniar@bknlaw.com

Robert Burkart Ellis     rellis@kirkland.com

Hart Lawrence Robinovitch     AZDocketing@zimmreed.com

Kathryn Jeanine Harvey     kharvey@mlgautomotivelaw.com

Kianna C Parviz (Terminated)     kparviz@mlgautomotivelaw.com

Ashley Dawn Rose (Terminated)     arose@mlgautomotivelaw.com

Todd A Walburg     twalburg@lchb.com

John W Barrett     dbarrett@barrettlawgroup.com

Benno B Ashrafi     bashrafi@weitzlux.com

Eugene R Egdorf     ere@lanierlawfirm.com

Eric B Snyder     esnyder@baileyglasser.com, kcharonko@baileyglasser.com, wjohnson@baileyglasser.com

Roger L Mandel     rmandel@jeevesmandellawgroup.com, khill@jeeveslawgroup.com

Benjamin L Bailey     bbailey@baileyglasser.com, jnickellrice@baileyglasser.com, wjohnson@baileyglasser.com

Elaine T Byszewski     elaine@hbsslaw.com

Kevin Frank Calcagnie     kcalcagnie@rcrlaw.net

Scot D Wilson     swilson@rcrlaw.net

Elaine T Byszewski     elaine@hbsslaw.com

William W. Mandeville     william@lawlandsman.com

Joseph B. Kenney     jbk@chimicles.com

Francis J. Grey     fgrey@rtjglaw.com

Michael Isaac Miller     imiller@baronbudd.com

Robert F. DiCello     rfdicello@dicellolevitt.com, 8722448420@filings.docketbird.com

Mark A DiCello     2796968420@filings.docketbird.com

Joseph Jeremy Siprut     joseph.siprut@siprut.com, , kvujic@siprut.com, lwonsey@siprut.com

John Ernst Tangren     jtangren@gelaw.com

Lance Alan Cooper     lance@thecooperfirm.com, doreen@thecooperfirm.com

Edward D. Robertson, Jr     chiprob@earthlink.net

Robert Hilliard (Terminated)     bobh@hmglawfirm.com, LAkers@hmglawfirm.com, bsilva@hmglawfirm.com, jduff@hmglawfirm.com, jpritchett@hmglawfirm.com, jvasquez@hmglawfirm.com, kashley@hmglawfirm.com, lauren@hmglawfirm.com, rvander-plaats@hmglawfirm.com

Rudy Gonzales, Jr (Terminated)     rudyg@hmglawfirm.com

Catherine Danielle Tobin (Terminated)     catherine@hmglawfirm.com

John Brandon Martinez     john@hmglawfirm.com

Kimberly Wilson Schock     kimberly@hmglawfirm.com

Marion M. Reilly (Terminated)    marion@hmglawfirm.com

Thomas J Henry (Terminated)    tjh@tjhlaw.com

Greggory A Teeter (Terminated)    service@gat-law.com

Edward L Ripley    ERipley@kslaw.com

Eric Michael English    eenglish@kslaw.com

Shelby A Jordan    sjordan@jhwclaw.com

Lawrence A. Slovensky    lslovensky@kslaw.com

Hamid M. Soueidan    hmsoueidan@gmail.com

Norman A. Yatooma    nya@normanyatooma.com

Casey A. Fry    caf@millerlawpc.com

Charles S Zimmerman    charles.zimmerman@zimmreed.com

Thomas M Klein    tom.klein@bowmanandbrooke.com

Peter Prieto    pprieto@podhurst.com

John Gravante, III    jgravante@podhurst.com

David Henry Lichter    dlichter@hlglawyers.com

Michael Jerome Higer    mhiger@hlglawyers.com

Tal J Lifshitz    tjl@kttlaw.com

William L. Kirk, Jr    bkirk@rumberger.com

Robert John Neary    rn@kttlaw.com

Manuel Leon Dobrinsky    mdobrinsky@fdlaw.net

Aaron Samuel Podhurst    apodhurst@podhurst.com

Matthew Weinshall    mweinshall@podhurst.com

Howard Mitchell Bushman    hbushman@harkeclasby.com

Gregory O. Wiggins    gwiggins@wigginschilds.com, kjent@wigginschilds.com, twiggins@wigginschilds.com

Kevin W. Jent    kjent@wcqp.com

David Buckner    dbu@grossmanroth.com

Seth Eric Miles    seth@bucknermiles.com, chacon@bucknermiles.com, escobio@bucknermiles.com, fernandez@bucknermiles.com

Brett Elliott Von Borke    vonborke@bucknermiles.com, escobio@bucknermiles.com

Allan Aaron Joseph    ajoseph@fuerstlaw.com

Mark Parker Robinson    beachlawyer51@hotmail.com, banderson@robinsonfirm.com, bzwirner@robinsonfirm.com, dfolia@robinsonfirm.com, mrobinson@robinsonfirm.com

Donald H. Slavik    dslavik@rcrlaw.net

Jason S. Hartley    hartley@hartleyllp.com

Patrick J. Stueve    stueve@stuevesiegel.com, perez@stuevesiegel.com

Todd Eugene Hilton    hilton@stuevesiegel.com, joyce@stuevesiegel.com, olivas@stuevesiegel.com

Bradley T Wilders    wilders@stuevesiegel.com, williams@stuevesiegel.com

Don M. Downing    ddowning@grgpc.com, atelfer@grgpc.com

Matthew Lee Dameron    matt@williamsdirks.com

Linsey W. West    lwest@dinsmore.com

Theodore W. Maya    tmaya@ahdootwolfson.com

Richard Edward Shevitz    rshevitz@cohenandmalad.com, llowe@cohenandmalad.com

Lynn A. Toops    ltoops@cohenandmalad.com, llowe@cohenandmalad.com

Irwin B. Levin    ilevin@cohenandmalad.com

Vess Allen Miller    vmiller@cohenandmalad.com, llowe@cohenandmalad.com

Salvadore Christina, Jr    schristina@cox.net

Aarin April Zeif    aarin@wageandhourlaw.com

Frank M Pitre    fpitre@cpmlegal.com

Philip L Gregory    pgregory@cpmlegal.com

Alexandra A Hamilton    ahamilton@cpmlegal.com

Robert B Hutchinson    rhutchinson@hutchinsonsnider.com

Shannon Marie McNulty     smm@cliffordlaw.com, jmreasor@cliffordlaw.com

Scott B Cooper (Terminated)     scott@cooper-firm.com, andrea@cooper-firm.com

Heather Marie Baker     hmb@kirtlandpackard.com

Maria Adrianne De Castro     adrianne@desai-law.com

Sterling Starns     sstarns@barrettlawgroup.com

Dawn M. Barrios     barrios@bkc-law.com, dwhite@bkc-law.com

Bruce S. Kingsdorf     kingsdorf@bkc-law.com, ekingsdorf@bkc-law.com

Mekel Smith Alvarez     malvarez@morrisbart.com

David F Slade     dslade@cbplaw.com

James Allen Carney, Jr     acarney@cbplaw.com

Joseph Henry Bates, III     hbates@cbplaw.com

Edward L White     ed@edwhitelaw.com, jan@edwhitelaw.com

Drew T. Legando     drew@lgmlegal.com

Todd A. Walburg     twalburg@lchb.com

Robert F Childs, Jr     RFC@wcqp.com

Rocco Calamusa, Jr     Rcalamusa@wcqp.com

Francis (Casey) J. Flynn     casey@jefflowepc.com

Melissa M. Merlin     melissa.merlin@huschblackwell.com, melissa-merlin-2825@ecf.pacerpro.com

Barry E. Fields     bfields@kirkland.com

Catherine L. Fitzpatrick     cfitzpatrick@kirkland.com

Patrick Howard     phoward@smbb.com, alafontaine@smbb.com, pdurkin@smbb.com

Thomas M. Greene     tgreene@greenellp.com

Michael Tabb     matabb@greenellp.com

Thomas D. Greene     tucker.greene@greenellp.com

Kristofer S. Riddle    ksr@cliffordlaw.com

G. Patrick Murphy    gpatrick@murphymurphyllc.com

Patrick Alan Dawson    patrickadawson@gmail.com

Benjamin E. Baker    ben.baker@beasleyallen.com

Maurice B. Graham    mgraham@grgpc.com, cmertz@grgpc.com, tjackson@grgpc.com

Victor H. Pribanic    lisa@pribanic.com, greg@pribanic.com, vpribanic@pribanic.com

Matthew R. Doebler    mdoebler@pribanic.com

John W. Don Barrett    dbarrett@barrettlawgroup.com

Scott D Simpkins    sdsimp@climacolaw.com

Brent Hazzard    brenthazzard@yahoo.com

Allen C. Wilson    wilsonallen3@aol.com

Mark P Robinson, Jr. (Terminated)    mrobinson@rcrsd.com

Wilders Brad T.    wilders@stuevesiegel.com, perez@stuevesiegel.com, williams@stuevesiegel.com

Blair Pierson Durham    blair@durhamanddread.com

Jere Locke Beasley    jere.beasley@beasleyallen.com

J. Cole Portis    cole.portis@beasleyallen.com

D. Michael Andrews    mike.andrews@beasleyallen.com

Benjamin E. Baker, Jr    ben.baker@beasleyallen.com

John Randolph Bibb, Jr    rbibb@lewisthomason.com

Ryan N. Clark    rclark@lewisthomason.com, awylie@lewisthomason.com, jporter@lewisthomason.com, rbibb@lewisthomason.com, sshepard@lewisthomason.com, wkimerling@lewisthomason.com

Whitney H. Kimerling    wkimerling@lewisthomason.com

Richard J.R. Raleigh, Jr    rraleigh@wilmerlee.com

Kara Lynn McCall    kmccall@sidley.com, efilingnotice@sidley.com, kara-mccall-1049@ecf.pacerpro.com, nyefiling@sidley.com

R. Patrick Parker     pparker@hardaway.net

Eric S. Mattson     emattson@sidley.com, efilingnotice@sidley.com, eric-mattson-7944@ecf.pacerpro.com, nyefiling@sidley.com

Joseph G. Price     jprice@dlplaw.com

Simon B. Paris     sparis@smbb.com

Jasper Dudley Ward     jasper@jonesward.com

George W. Healy, IV     gwhealyiv@aol.com

Gary Peller     peller@law.georgetown.edu

Joel R. Rhine     jrr@rhinelawfirm.com, slc@rhinelawfirm.com

Jean Sutton Martin (Terminated)     jean@jsmlawoffice.com

Derek H Potts (Terminated)     dpotts@potts-law.com, pcolburn@potts-law.com

David Michael Andrews     mike.andrews@beasleyallen.com, kay.cox@beasleyallen.com

Deborah R Rosenthal     drosenthal@simmonsfirm.com

Timothy L. Sifers     tsifers@potts-law.com, nscearcy@potts-law.com, pcolburn@potts-law.com

George W. Healy Iv     gwhealyiv@aol.com

Mark Hayden Troutman     mtroutman@isaacwiles.com, lhannig@isaacwiles.com

Gregory Michael Travalio     gtravalio@isaacwiles.com

Joseph Edward Papelian     joe@papelianlaw.com, barbara.k.frantangelo@delphi.com

James Johnson     jjohnson@rtjglaw.com, ltiffany@RTJGlaw.com

Robert Newton Trigg     bob@gtinjurylaw.com

Jason J. Thompson     jthompson@sommerspc.com

Richard George Wern     rwern@wernlawyers.com

Catherine Frances Juhas     cjuhas@wernlawyers.com, jpockrus@wernlawyers.com

Robert H Hood, Jr     bobbyjr.hood@hoodlaw.com

James B Hood     james.hood@hoodlaw.com

Benjamin Houston Joyce     ben.joyce@hoodlaw.com

Rudolph L. DiTrapano     rditrap@dbdlaw1.com

Robert M. Bastress, III     Rob.Bastress@dbdlawfirm.com

Thomas J. Hurney, Jr     thurney@jacksonkelly.com

Laurie K. Miller     lmiller@jacksonkelly.com

Johnnie E. Brown     jbrown@pffwv.com

Stanley Weiner     sweiner@jonesday.com

Robyn Bell Stanton     rstanton@kylaw.com

Kara MacCartie Stewart     kstewart@dinsmore.com

Ashley Willis Ward     award@stites.com, docketclerklex@stites.com, msmith@stites.com

J. Clarke Keller     ckeller@stites.com

David Todd Mathews     todd@gorijulianlaw.com, agabriel@gorijulianlaw.com,
dschumacher@gorijulianlaw.com, kmeyer@gorijulianlaw.com, marvola@gorijulianlaw.com

Darin T Beffa     darin.beffa@kirkland.com

Lawrence J. Murphy     lmurphy@honigman.com

Adam S. Alexander     adalesq@gmail.com

Andrew R. Mikos     amikos13@gmail.com

Harry Bradford White     hwhite@wcwattorneys.com

William Anthony Moss     tmoss@wcwattorneys.com

Daniel T. DeFeo (Terminated)     ddefeo@defeokolker.com, alett@defeokolker.com,
bwaterworth@defeokolker.com, gdefeo@defeokolker.com, rbroadway@defeokolker.com

Steven J. Stolze (Terminated)     stevenstolze@sbcglobal.net

Daniel James Hornal     daniel@taloslaw.com

Roshan N Rajkumar     roshan.rajkumar@bowmanandbrooke.com

Vincent P Megna     vince@aikenandscoptur.com

Susan M Grzeskowiak     susan@aikenandscoptur.com

Jeffrey J Cox    jcox@dykema.com, sself@dykema.com

Joshua Paul Davis    josh@thejdfirm.com, kelly@thejdfirm.com, kmeza@thejdfirm.com, maria@thejdfirm.com

Tamar Lusztig    TLusztig@susmangodfrey.com, ecf-623ba3504b7c@ecf.pacerpro.com, esullivan-vasquez@susmangodfrey.com

Lacy Wright, Jr    wrightjr@citlink.net

Geoffrey A. Cullop    gcullop@pffwv.com

Bradley D Honnold    bhonnold@bflawfirm.com

Christopher Barton Dalbey    cdalbey@co.santa-barbara.ca.us

Eric G Jensen (Terminated)    ejensen@potts-law.com, Karen.Schroeder@rburnettlaw.com, kbrown@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, nscearcy@potts-law.com, pcolburn@potts-law.com, sduffer@potts-law.com

W. James Singleton    wjsingleton@singletonlaw.com

Jennifer Nolte Williams    jennifer@jacksonallenfirm.com

Anne M. Talcott    atalcott@schwabe.com

Christopher Thomas Nidel    chris@nidellaw.com

Clifton Leland Corker    becky@cliftoncorker.com, cliftoncorker@cliftoncorker.com

D R Smith    dansmith11@mac.com

Kahlie Hoffman    khoffman@bflawfirm.com, dlgleason@bflawfirm.com

Sidney Frances Robert (Terminated)    sidney@bcoonlaw.com, belinda@bcoonlaw.com, bob.schwartz@bcoonlaw.com, miyoshi.rivers@bcoonlaw.com

Daniel Fayne Dotson    dotlaw2@bellsouth.net

Jerry L. Saporito    jsaporito@leakeandersson.com

Cristin Fitzgerald Bordelon    cbordelon@leakeandersson.com

Alejandro Alers, Jr    alalersjr@att.net

A. Colbrok Baddour    colby@baddourlaw.com

R. Eddie Davidson    eddie@eddiedavidson.net, eddie@eddiedavidson.com, reddiedavidson@gmail.com

J. Ryan Kelly    ryan@stephenskellylaw.com

Jon Michael Herskowitz    jon@herskowitzlaw.com

William R. Garmer    bgarmer@garmerprather.com

Jerome Park Prather    jprather@garmerprather.com, lreed@garmerprather.com

Amy M. Carter    acarter@sgpblaw.com, 4985426420@filings.docketbird.com, nlewis@sgpblaw.com

David G. Bryant (Terminated)    david@davidbryantlaw.com

Jeffrey A. Kaiser    jkaiser@kaisergornick.com

Brett A. Emison (Terminated)    brett@lelaw.com, hannah@lelaw.com, jennifer@lelaw.com, lauren@lelaw.com, megan@lelaw.com, nicole@lelaw.com, rachel@lelaw.com, tricia@lelaw.com

Danny Roy Smith    dansmith11@mac.com

Andrew B. Janutolo    ajanutolo@goodinabernathy.com

James R. Browne, Jr    jbrowne@goodinabernathy.com

Kenneth John McKenna    kmckenna@dwklaw.com

Michael Lewis Beckman (Terminated)    michael@vilesandbeckman.com, Opal@vilesandbeckman.com

Joseph Hoats    josephhoats@hotmail.com

Edward Charles Kruse    edk@stlouisattorney.com

Kurt D. Mitchell    kmitchell@hoglaw.com

Adrian Adam Sak    asak@colorado-law.net

Robert Earl Summerlin (Terminated)    rsummerlin@tjhlaw.com

Roger L. Turk (Terminated)    rlturk@thomasjhenrylaw.com

Curtis W. Fitzgerald (Terminated)    cfitzgerald@thomasjhenrylaw.com, djredman@thomasjhenrylaw.com

Robert P. Wilson (Terminated)    rwilson@thomasjhenrylaw.com

Omar Rivero (Terminated)    orivero@thomasjhenrylaw.com

Mary Wilson (Terminated)    mwilson@thomasjhenrylaw.com

Wade Reese (Terminated)     wreese@thomasjhenrylaw.com

Michael E Henry (Terminated)     mehenry@tjhlaw.com

Sean Teare     steare@heardrobins.com, tlafoe@heardrobins.com

Jason Edwin Dunahoe     jdunahoe@heardrobins.com, tlafoe@heardrobins.com

Russell W. Endsley (Terminated)     rendsley@tjhlaw.com

George Anthony Devera (Terminated)     gadevera@tjhlaw.com

Sean Stotsky (Terminated)     sstotsky@tjhlaw.com

Sandee Bell (Terminated)     sbell@tjhlaw.com

David Tijerina (Terminated)     dtijerina@tjhlaw.com

Glenson Floyd Larson (Terminated)     glarson@tjhlaw.com

Samuel Palermo (Terminated)     spalermo@tjhlaw.com

Anne Mcclain Sidrys     asidrys@kirkland.com

John Charles Collins     attys@foothills.net

Terri A. Abruzzo     terri.abruzzo@kirkland.com

Mark J. Nomellini     mnomellini@kirkland.com

Greg Ryckman     gryckman@kirkland.com

Beth Larsen     beth.larsen@kirkland.com

Deron L Wade     dwade@hdbdlaw.com, kmiddleton@hdbdlaw.com

Jorge M. Izquierdo-San-Miguel     jizquierdo@izquierdosanmiguel.com

Michael E Lindsey     mlindsey@lemonlawcenter.com

John W Hanson     john@thesandiegolemonlawyer.com

K Camp Bailey (Terminated)     cbailey@bpblaw.com

Jeffrey Scott Bramson     jeffrey.bramson@kirkland.com

Marianna Caruso Chapleau     marianna.chapleau@kirkland.com

Daniel Michael Monico     dan.monico@kirkland.com

Nicholas Franklin Wasdin   nick.wasdin@kirkland.com

Maria Pellegrino Rivera   mrivera@kirkland.com

Sierra Elizabeth   sierra.elizabeth@kirkland.com

Kenneth Camp Bailey (Terminated)   bailey-svc@bchlaw.com

Robert W. Cowan (Terminated)   rcowan@bchlaw.com, bailey-svc@bchlaw.com, jmckee@bchlaw.com, kmcgregor@bchlaw.com

Peter Michael Zavaletta (Terminated)   pzavaletta@thomasjhenrylaw.com, svela@thomasjhenrylaw.com

Christopher L Sices   csices@singletonlaw.com

Haley Lorraine Darling   haley.darling@kirkland.com

Samuel James Ikard   sam.ikard@kirkland.com

Casey James McGushin   casey.mcgushin@kirkland.com

Jonathan Kadima Tshiamala   jonathan.tshiamala@kirkland.com

Eric R. Chandler   ericchandlerlaw@gmail.com

Anne Raven   anne.raven@kirkland.com

Frank Tomeny, III   frank@tomenylawfirm.com

Kevin P. Kleinpeter   kevin@tomenylawfirm.com

Craig L. Farrish (Terminated)   cfarrish@thomasjhenrylaw.com

Ben B. Mills, Jr   benmill@millslawfirm.net

Rachel Elizabeth Freeman   rachelf@hbsslaw.com, ecfphx@hbsslaw.com

Bridget Kathleen O'Connor   boconnor@kirkland.com

Thomas P. Branigan   thomas.branigan@bowmanandbrooke.com

Russell C. Babcock   Russellbabcock@aol.com

David Winfield Hannum   slf@perrysanderslaw.com

Gregory Karl Evans   greg@gevanslaw.com

Ravi K Sangisetty   rks@sangisettylaw.com, parker@sangisettylaw.com

Michael Eugene Lillis    ml@sangisettylaw.com

D. Blayne Honeycutt (Terminated)    dbhoneycutt@fayardlaw.com

Colt Justin Fore (Terminated)    colt@fayardlaw.com

Ravi K. Sangisetty    rks@sangisettylaw.com

Craig Carlson (Terminated)    jcraven@carlsonattorneys.com

Bradley Leger    bleger@lkclawfirm.com, rcanche@lkclawfirm.com,
vcraven@lkclawfirm.com

Bryan K. Jefferson    bjefferson@lamyfoley.com

Xiaochuan Zhao    kzhao@greeneespel.com

John H Allen, III    trey@jacksonallenfirm.com

Michael B. Fox    mike@foxlaw1.com

Christopher B Ellison    jgarrett@eaalawfirm.com

Thomas William Osier    tosier@kirkland.com

Jessica Thompson    jessicat@hbsslaw.com

LEONARD R. PARKS    attyparks@yahoo.com

MICHAEL L. DAIELLO    miked@daiellolaw.com

Jason R N Monteleone    jason@treasurevalleylawyers.com, cara@treasurevalleylawyers.com

Jeffrey D. Gold    rosa@jeffreydgold.com

Jennifer G. Altman    jaltman@bsfllp.com

Aryeh L Kaplan    NYdocket@pillsburylaw.com, akaplan@bsfllp.com,
janel.diamond@pillsburylaw.com

Steven W. Davis    sdavis@bsfllp.com, afambrini@bsfllp.com, steven-davis-
8778@ecf.pacerpro.com

Sybil L. Dunlop    sdunlop@greeneespel.com

David Garcia-Pedrosa    dgarcia-pedrosa@bsfllp.com

Domenick Giovanni Lazzara    dom@domlaw.com

Tracy Annette Cinocca    tcinocca@cinoccalaw.com

Peter A Silverman    psilverman@fslegal.com

Jarett C. Crawford, Sr    jarettccrawford@msn.com

J. Gerald Ingram    jgerald_ingram@yahoo.com

E. Liddell Vaughn    lv@avaattorneys.com

Micky Walsh    mwalsh@beelerwalshwalsh.com

Derek S Franseen    dfranseen@beelerwalshwalsh.com

Andrew Parker Felix    afelix@forthepeople.com, kdimeglio@forthepeople.com,
tcminer@forthepeople.com

Andrew Lee Hagenbush    ahagenbush@forthepeople.com

Jonathan W Harris    jwharris@bakerharrislaw.com

Hariklia Karis    hkaris@kirkland.com

Andrew J. Bernstein    abernstein@joebornstein.com

E. Todd Tracy    etoddtracy@vehiclesafetyfirm.com

Eldridge Suggs, IV    suggs4@bellsouth.net

James Alexander Wyatt    awyatt@pljpc.com

Marcus W. Lee    mlee@pljpc.com

Jonathan W. Harris    jwharris@bakerharrislaw.com, cblackburn@bakerharrislaw.com

Douglas Lamont Tynes, Jr    monte@tyneslawfirm.com, karen@tyneslawfirm.com,
katie@tyneslawfirm.com, lynn@tyneslawfirm.com

Anthony Thomas Kovalchick    akovalchick@attorneygeneral.gov

Krysta Kauble Pachman    kpachman@susmangodfrey.com, ecf-
4d2b1f772250@ecf.pacerpro.com, ecf-722572b98eb1@ecf.pacerpro.com,
hdanielson@susmangodfrey.com

Peter D. Friday    pfriday@fridaylaw.com, kmandarino@fridaylaw.com

Edward A. Miller    EAMiller@mdwcg.com

Jerry S. Eisenberg    jerry.eisenberg@selective.com

Mark E. Mioduszewski    mmioduszewski@mmbwslaw.com

Scott A. Millhouse     smillhouse@mdbbe.com, mduscheid@mdbbe.com

Bruce Edward Newman     bnewman@bpslawyers.com

Jason A. Shartzer     jshartzer@shartzerlaw.com

Gerald Lee Cross, Jr     lcross@gmolaw.com

Jonathan Isaac Rotstein     jonrot1@yahoo.com

Christina E. Sharkey     christina.sharkey@kirkland.com

Edward W. Gadrix, Jr     ewgadrix@gmail.com

Craig J. Tiedemann     ctiedemann@massfirm.com

Brent W Coon (Terminated)     brent@bcoonlaw.com, matt.willis@bcoonlaw.com,
wendy.wafford@bcoonlaw.com

Vercell Fiffie     VercellFiffie@gmail.com

Jeremy D. Roux     jeremy.roux@kirkland.com

Donald R. Jarrell     donjarrellesq@zoominternet.net

Michael Kevin Whitman     mwhitman@potts-law.com

Adam B. Lawler     alawler@adamblawler.com, gsmith@adamblawler.com

Gary R. Pearson     PearsonLaw@neb.rr.com

Michael Thomas Mertz     mmertz@hurley-law.com

David A. Holladay     davidholladay@windstream.net

Randall Guy Phillips (Terminated)     rplaw1992@yahoo.com

Lanson Bordelon (Terminated)     lbordelon@dugan-lawfirm.com

David Scalia     dscalia@dugan-lawfirm.com

Diana Gjonaj     dgjonaj@weitzlux.com, cgarcia@weitzlux.com

Gregory Polins     greg.polins@kirkland.com

Matthew R. Willis (Terminated)     matt.willis@bcoonlaw.com,
wendy.wafford@bcoonlaw.com

Brent Hazzard     brent.hazzard@hazzardlaw.net

Trevor Bruce Rockstad    trevor.rockstad@daviscrump.com,
anderson.brown@daviscrump.com, taylor.hardenstein@daviscrump.com

Jeremy C. Shafer    jshafer@bannerlegal.com, baron@millerlegalllp.com,
von@millerlegalllp.com

Leslie D. Roussell    LeslieRoussell@bellsouth.net

Michael Louis Kelly    mlk@kirtlandpackard.com

Agron Etemi    RonE@trantololaw.com

Glenn S. Swartzfager    glenn.swartzfager@hazzardlaw.net

Edward Sanders    es@sanderslaw.us

Glenn S. Swartzfager    gswartzfager@hancocklawgroup.com

Jerald D Crawford    jcrawford@1call.org

Brent Hazzard    brenthazzard@yahoo.com

Glenn S. Swartzfager    gswartzfager@hancocklawgroup.com

Michael David Bland    dbland@wbbatty.com

Forrest A. Ferrell    forrest.ferrell@sigmonclark.com

Andrew J. Howell    andy.howell@sigmonclark.com

Joseph A. Osborne    josborne@realtoughlawyers.com, anorden@realtoughlawyers.com,
aromanelli@realtoughlawyers.com, dmonahan@realtoughlawyers.com,
ggiovanni@realtoughlawyers.com, jnash@realtoughlawyers.com,
rbell@realtoughlawyers.com, service@realtoughlawyers.com

Avram J. Blair    ablair@ablairlaw.com

Adam J Levitt    alevitt@dicellolevitt.com, 5525369420@filings.docketbird.com,
mcook@dicellolevitt.com

William H. White    attorneywilliamhwhite@gmail.com

Owen P. McGowan    opm@mcgowanassociateslaw.com

Jacob E. Lavin    jacoblavin@aol.com

Jason S. Schwartz    jason.s.schwartz@gmail.com

James John Zonas    jameszonas@yahoo.com

Michael Andrew Rueff     andrew@gammillmontgomery.com

John M. Black     jblack@blacklawgrouppllc.com

Joseph Andrew Grube     joe@bgotrial.com

Jane E. Beach     jbeach@mccmlawyers.com, khlewis@mccmlawyers.com

Irving Marshall Pinkus     impinkus@pinkusattorneys.com

Thomas Victor Ayala     tayala@gelaw.com, 8048545420@filings.docketbird.com

Eric Christopher Tew     etew@dykema.com

Brian T. Smith     btsmith@dykema.com

Dommond E Lonnie     dlonnie@dykema.com

Michael R. Williams     williams@bsplaw.com, hill@bsplaw.com, reiss@bsplaw.com

Patrick Gerard Seyferth     seyferth@bsplaw.com, hill@bsplaw.com, madar@bsplaw.com

Cheryl A. Bush     bush@bsplaw.com, hill@bsplaw.com, reiss@bsplaw.com

James Tutaj     james.tutaj@sbcglobal.net

Jack Ternan     jt@ternanlawfirm.com

James O. Darnell     jdarnell@jdarnell.com

Harold Alvin Odom     aodom@aodomlawfirm.com

BONNIE MICHELLE SMITH     msmith158@juno.com

Stephen Cady     scady@molllawgroup.com

Richard C Godfrey P C     richard.godfrey@kirkland.com

Brent Hazzard     brent.hazzard@hazzardlaw.net, emily.bradley@hazzardlaw.net,
marilyn.coffey@hazzardlaw.net

Terrell P Youngblood, Jr     patton@youngbloodlaw.com

Alexander Dwyer     adwyer@kirkendalldwyer.com, 5670023420@filings.docketbird.com,
cmnabb@kirkendalldwyer.com, jmartin@kirkendalldwyer.com,
twyckoff@kirkendalldwyer.com

Bradford William Cranshaw     bcranshaw@griercoxandcranshaw.com

William Frederick O'Neil, III     oneillawfirm@aol.com

Richard F Burke, Jr    rfb@cliffordlaw.com

Richard Francis Burke, Jr    rfb@cliffordlaw.com, cf@cliffordlaw.com, rgraff@cliffordlaw.com

Zoe Brumfield-Meyers    zoe.brumfieldmeyers@kirkland.com

Megan Richardson    megan.richardson@kirkland.com

Marjorie A. Creamer (Terminated)    thehush91@yahoo.com

Stephen Yagman (Terminated)    filing@yagmanlaw.net

Desarey Clem (Terminated)    desareynicole@gmail.com

**1:14-md-02543-JMF Notice has been delivered by other means to:**

Dalian Alps Electronics Co., Ltd.

Goldstein Chrysler Jeep, Inc.

J.S.

Lead Counsel

Nettleton Auto Sales, Inc.

Plaintiffs Listed on Exhibit "A"

Plaintiffs Listed on Exhibits A and B

State of Arizona

T.G.H.

Unidentified Party

Wolf Haldenstein Adler Freeman & Herz LLP

Aashish Desai
Mower Carreon & Desai
2301 Dupont Dr, Ste 360
Irvine, CA 92612-7503

Adam P. Zaffos
Roll Law Group P.C.
11444 W. Olympic Blvd., 7th Fl.
Los Angeles, CA 90064

Albert Gregory

Amanda Baker

Amanda Connor

Amanda McGlasson

Amy Ashbridge

Amy Danielowicz

Andre T. Tennille
Conley Griggs Partin LLP
The Hardin Building
1380 West Paces Ferry Road,
N.W., Suite 2100
Atlanta, GA 30327

Barry R Schirm
Hawkins Parnell Thackston & Young LLP
445 S. Figueroa, Suite 3200
Los Angeles, CA 90071

Bobby Eadens

Brenda Steward

Brett Emison

Brian R. Blickenstaff

TURNER & JOHNS
Suite 301
216 Brooks Street
Charleston, WV 25301

Cale H. Conley
Conley Griggs Partin LLP
The Hardin Building
1380 West Paces Ferry Road
N.W.,
Suite 2100
Atlanta, GA 30327

Carla Dove

Carla Peterson

Charles Kocher
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
One Liberty Plance, 52nd Floor
1650 Market Street
Philadelphia, PA 19103

Cheryl Brown

Christopher Knight

Christopher White

Cindi Heaton

Colleen Castellon

Craig Lang

David J Gorberg
David J. Gorberg & Assoc.
32 Parking Plaza
Suite 700
Ardmore, PA 19003

David S. Cain , Jr

Cunningham, Bounds, LLC
P.O. Box 66705
Mobile, AL 36660

Deborah King


Debra Conner


Debra Connor


Dennis E. Sheehan
Dennis E. Shehan
233 Boradway
NY 10279

Donna Marie Ramos


Doris Crowder
2150 Harmony Rd
Gandeeville, WV 25243

Elease Bryant


Elizabeth Melton


Francis M. Gregorek
Wolf, Haldenstein, Adler, Freeman & Herz
Symphony Tower
750 B. Street
San Diego, CA 92101

Frank Simons
20913 Waterbeach PI
Sterling, VA 20165

Frank Cadmus Damrell , Jr
Cotchett Pitre and McCarthy LLp
1415 L Street Suite 1185
Sacramento, CA 95814

Guy Bucci
213 Hale Street
Charleston, WV 25301

James O. Latturner
Edelman, Combs & Latturner
120 S. LaSalle Street
18th Floor
Chicago, IL 60603

James R. Bartimus
Bartimus Frickleto Robertson & Goza, P.C.
11150 Overbrook Road,
Suite 200
Leawood, KS 66211

Jarod Bonine
SCOTT PATTON PC
3939 Washington Ave.
Suite 203
Houston, TX 77007

Jasmine Smith

Jason M. Lindner
Ross, Dixon & Bell, LLP
550 West B Street
Suite 400
San Diego, CA 92101

Jeanna Stacks

Jeanne A. Markey
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305

Jeff Miedema

Jeffery A. Balls

Jeffrey Klabbatz

Jennifer Merson

Jennifer L Bullard
Bowman and Brooke LLP
150 S 5th St - Ste 3000

Minneapolis, MN 55402

John Couvson

John K, Wright
Celino and Barnes PC
16 W. Main Street
Ste 600
Rochester, NY 14614

Joseph Doyle

Joseph Winters Cotchett
Cotchett Pitre and McCarthy
San Francisco Airport Office Center
840 Malcolm Road Suite 200
Burlingame, CA 94010

Kathleen Deighan

Kathryn Cook

Kathryn Hill

Kathy Vickers

Kenneth Melton

Kevin Frank Calcagnie
Robinson, Calcagnie & Robinson
620 Newport Center Drive
Newport Beach, CA 92660

Kristie Fletcher

Kristofer Riddle
CLIFFORD LAW OFFICES PC
Suite 3100
120 N LaSalle Street
Chicago, IL 60602

Kyomi Postley

7618 Longwood Avenue
Wyandotte, KC 66109

Laquinda Robinson


Larry A. Anderson
3006 North Priscillla Avenue
Indianapols, IN 46218

Lea A. Player
Morris & Player PLLC - Louisville
1211 Herr Lane
Suite 205
Louisville, KY 40222

Lee Javins
Bucci Bailey & Javins L.C.
213 Hale Street
Charleston, WV 25301

Leonard H. Brashear
P.O. Box 677
Hyden, KY 41749

Loe Anne Pino
28 Ocean Dr.
Little Compton, RI 02837

Lucinda Diggs


Lucy Elizabeth Tufts
Cunningham, Bounds, LLC
P.O. Box 66705
Mobile, AL 36660

Major A. Langer
Perona, Langer, Beck & Lallande
P.O. Box 7948
300 East San Antonio Drive
Long Beach, CA 90807

Maria Kolioulis


Mark P. Robinson , Jr
Robinson, Calcagnie & Robinson
620 Newport Center Drive
Newport Beach, CA 92660

Mark Philip Pifko
Baron & Budd, P.C.
15910 Ventura Boulevard
Encino Plaza, Suite 1600
Encino, CA 91436

Mary Castellon

Mary Ann Farley

Matthew Conner

Matthew Connor

Matthew Shelby
2128 Kelly Lane
Hoover, AL 35216

Merivone Bull Calf

Mesafint Gebremariam

Michael B. Giaquinto
Hawkins Parnell Thackston & Young LLP
445 S. Figueroa, Suite 3200

Michael Francis Ram
Faruqi & Faruqi LLP
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067

Michael K. Whitman
White Goss Bowers March & Schulte
4510 Belleview
Suite 300
Kansas City, MO 64111

Mickey Emmons

Mitchell Moen

Morris Bart , III
Morris Bart & Associates
909 Poydras Street
New Orleans, LA 70112

Nancy Celio


Nathan B. Atkinson
Spilman Thomas & Battle, PLLC
110 Oakwood Drive,
Suite 500
Winston-Salem, NC 27103

Noel Joyce Letterio


Norma Robinson
34 Spring Court
Petersburg, VA 23803

Patricia Johnson


Patricia S. Murphy
Murphy & Murphy LLC
3415 Office Park Drive
Suite D
Marion, IL 62959

Paul A. Niall
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East (25301)
Post Office Box 273
Charleston, WV 25321

Peter J. Brodhead
Spangenberg, Shibley & Liber
1001 Lakeside Avenue, E
Ste. 1700
Cleveland, OH 44114

Rachel Scritchfield


Rachele R. Rickert
Symphony Tower
750 B Street
San Diego, CA 92101

Ranse Partin
Conley Griggs Partin LLP
The Hardin Building
1380 West Paces Ferry Road
N.W., Suite 2100
Atlanta, GA 30327

Richard D. Pino
28 Ocean Dr.
Little Compton, RI 02837

Robert Boyland

Robin L. Greenwald

Roland Karim Tellis
Baron Budd, P.C.
15910 Ventura Boulevard
Encino Plaza, Suite 1600
Encino, CA 91436

Ron Etemi
Trantolo & Trantolo LLC
130A Scott Road
Waterbury, CT 06705

Ross D. Stomel
SHRADER & ASSOCIATES, LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Sander Esserman
Stutzman, Bromberg, Esserman & Plifka, P.C.

Sandra Kuch

Sara Willingham
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005

Scott Patrick Callahan
Law Office of Scott P. Callahan, P.C.
23501 Cinco Ranch Boulevard
Ste B240
Katy, TX 77494

Sharon Durbin


Sharon L. Potter
Spilman Thomas & Battle, PLLC
Century Centre Building
1233 Main Street,
Suite 4000
Wheeling, WV 26003

Sherry Miedema


Sonia Davidson


Tanya Godsey


Tarah Burgess


Telisa Oneal


Tiffany C. Postley
7618 Longwood Avenue
Wyandotte, KC 66109

Timothy C. Bailey
Bucci, Bailey & Javins, L.C.
213 Hale Street
Charleston, WV 25301

Timothy L. Postley, Jr
7618 Longwood Avenue
Wyandotte, KC 66109

Trevon Lucas


Willis Jones III


**1:15-cv-05959-JMF Notice has been electronically mailed to:**

Richard Cartier Godfrey     rgodfrey@kirkland.com, kenymanagingclerk@kirkland.com

Kevin R. Dean     kdean@motleyrice.com, jdoneill@motleyrice.com,
kwaites@motleyrice.com, psmith@motleyrice.com, vtalamantes@motleyrice.com

Brett A. Emison    brett@lelaw.com, hannah@lelaw.com, jennifer@lelaw.com, megan@lelaw.com, nicole@lelaw.com, rachel@lelaw.com, tricia@lelaw.com

**1:15-cv-05959-JMF Notice has been delivered by other means to:**

Gary Peller


**1:19-cv-06757-JMF Notice has been electronically mailed to:**

Andrew Baker Bloomer    andrew.bloomer@kirkland.com, alec.klimowicz@kirkland.com, elizabeth.perkins@kirkland.com, kenymanagaingclerk@kirkland.com, rmendes@kirkland.com

Brett A. Emison    brett@lelaw.com, hannah@lelaw.com, jennifer@lelaw.com, megan@lelaw.com, nicole@lelaw.com, rachel@lelaw.com, tricia@lelaw.com

**1:19-cv-06757-JMF Notice has been delivered by other means to:**

Gary Peller


**1:19-cv-07429-JMF Notice has been electronically mailed to:**

Brett A. Emison    brett@lelaw.com, hannah@lelaw.com, jennifer@lelaw.com, megan@lelaw.com, nicole@lelaw.com, rachel@lelaw.com, tricia@lelaw.com

**1:19-cv-07429-JMF Notice has been delivered by other means to:**

Gary Peller

The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2021] [FileNumber=26121896-0] [119ad6680e1815ae20ad185e1db61f57f75f35b265d8bbfe65c67ba8c84da586f2 90dc942c3129a8338c059c1a56ba4ec00e2a6d55aa4cdb254642f0184aae11]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.